UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| In re:<br><br>FELICIA RENEE HAMILTON<br><br>Debtor(s) | Case No. 20-00835 KMS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/06/2020.

2) The plan was confirmed on 06/10/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/11/2025, 02/19/2025.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 01/13/2025.

6) Number of months from filing or conversion to last payment: 58.

7) Number of months case was pending: 61.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $19,750.00.

10) Amount of unsecured claims discharged without full payment: $154,691.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $45,925.63 |
| Less amount refunded to debtor | $1,286.40 |

**NET RECEIPTS:** $44,639.23

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,588.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,371.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,959.53

Attorney fees paid and disclosed by debtor:    $12.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aarons | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN PHYSICIAN HOLDING NA | Unsecured | NA | 1,862.30 | 1,862.30 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 10.00 | 10.00 | 0.00 | 0.00 |
| Bluebonnet Dental | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| BRIDGECREST CREDIT COMPANY LL | Secured | 14,118.00 | 14,748.16 | 14,748.16 | 0.00 | 0.00 |
| Capital One | Unsecured | 494.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 27,982.00 | 27,627.44 | 27,627.44 | 27,627.44 | 5,055.68 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | 495.00 | 247.20 | 247.20 | 0.00 | 0.00 |
| Cash Stash | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 152.49 | 152.49 | 152.49 | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| CONN APPLIANCES, INC. | Secured | 5,247.46 | 5,069.01 | 5,069.01 | 5,069.01 | 927.57 |
| Credit Collection Serv | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| David Rawlings | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solution | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| FIRST TOWER LOAN, LLC | Unsecured | NA | 197.79 | 197.79 | 0.00 | 0.00 |
| FIRST TOWER LOAN, LLC | Unsecured | 1,461.00 | 1,791.71 | 1,791.71 | 0.00 | 0.00 |
| FIRST TOWER LOAN, LLC | Unsecured | 900.00 | 850.20 | 850.20 | 0.00 | 0.00 |
| Franklin Check Service | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Se | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Se | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Se | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Gastrointestinal Assoc | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| Geico | Unsecured | 298.21 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Houst Finc | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | NA | 410.62 | 410.62 | 0.00 | 0.00 |
| Jefferson Capital Systems, LLC | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| MERIT HEALTH NATCHEZ | Unsecured | 1,840.44 | 7,751.60 | 7,751.60 | 0.00 | 0.00 |
| Municipal Service Bure | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATCHEZ HOSPITAL COMPANY, LLC | Unsecured | NA | 322.43 | 322.43 | 0.00 | 0.00 |
| Natchez Pediatric Clin | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjust | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 50,920.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 13,905.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 11,630.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 11,630.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 8,654.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 8,513.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 8,504.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 6,304.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 6,235.00 | NA | NA | 0.00 | 0.00 |
| Naviet | Unsecured | 2,512.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 218.00 | 102.45 | 102.45 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | 135.00 | 100.05 | 100.05 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | NA | 103.75 | 103.75 | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | NA | 98.74 | 98.74 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 1,235.61 | NA | NA | 0.00 | 0.00 |
| Smile Brands Finance | Unsecured | 1,993.23 | NA | NA | 0.00 | 0.00 |
| Smith Rouchon & Assoc. | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Texas Energy | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| THE PINEY WOODS SCHOOL | Unsecured | 1,520.00 | 1,520.00 | 1,520.00 | 0.00 | 0.00 |
| Thomas Carl Rollins Jr | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TOWER LOAN | Secured | 220.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| United States Trustee | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VERITAS INSTRUMENT REN | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $27,627.44 | $27,627.44 | $5,055.68 |
| All Other Secured | $19,817.17 | $5,069.01 | $927.57 |
| **TOTAL SECURED:** | **$47,444.61** | **$32,696.45** | **$5,983.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,521.33** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,959.53 |
| Disbursements to Creditors | $38,679.70 |
| **TOTAL DISBURSEMENTS** : | **$44,639.23** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/09/2025      By: /s/ David Rawlings

                                                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**