United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-00835-KMS
Felicia Renee Hamilton Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Apr 08, 2025      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia Renee Hamilton, 720 Pine Avenue, Prairie View, TX 77445-8426 |
| 4859287 | + | American Physcian Hold, PO Box 3910, Tupelo, MS 38803-3910 |
| 4859288 | + | Bluebonnet Dental, 101 Hwy 61 South, Jackson, MS 39210-0001 |
| 4859292 | + | Cash Stash, 1810 Terry Rd, Jackson, MS 39204-5007 |
| 4859300 | + | Franklin Check Service, P.O. Box 554, Meadville, MS 39653-0554 |
| 4859305 | + | Houst Finc, 405 Main, Houston, TX 77002-1837 |
| 4888785 | + | JASWYN RODGERS, P.O. BOX 681251, HOUSTON, TX 77268-1251 |
| 4859307 | + | Merit Health Natchez, P.O. Box 1280, Oaks, PA 19456-1280 |
| 4859308 | + | Municipal Service Bure, P.O. Box 16755, Austin, TX 78761-6755 |
| 4864907 | | Natchez Community Hospital, LLC, c/o David L. Mendelson, Esq., MENDELSON LAW FIRM, PO BOX 17235, Memphis, TN 38187-0235 |
| 4859309 | + | Natchez Pediatric Clin, 136 Jefferson Davis Bd, Suite A, Natchez, MS 39120-5104 |
| 4859313 | + | Smile Brands Finance, P.O. Box 84150, Dallas, TX 75284-0001 |
| 4872993 | | The Piney Woods School, 5096 Hwy 49S, Box 57, Piney Woods, MS 39148 |
| 4859316 | | The Piney Woods School, 5096 US 49 S, Piney Woods, MS 39148 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 08 2025 23:45:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4859286 | + | Email/Text: bankruptcynotices@aarons.com | Apr 08 2025 19:48:00 | Aarons, 939 Hwy 35, Forest, MS 39074-4017 |
| 4868035 | + | Email/Text: FSBank@franklinservice.com | Apr 08 2025 19:48:00 | American Physician Holding Natchez, c/o Franklin Collection Service, PO Box 3910, Tupelo, MS 38803-3910 |
| 4884548 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2025 19:50:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4859289 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 08 2025 19:48:00 | Bridgecrest Credit Company LLC, Po Box 29018, Phoenix, AZ 85038-9018 |
| 4866983 | + | EDI: COMCASTCBLCENT | Apr 08 2025 23:45:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 4859290 | + | EDI: CAPITALONE.COM | Apr 08 2025 23:45:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4859291 | + | EDI: CAPONEAUTO.COM | Apr 08 2025 23:45:00 | Capital One Auto Fianc, P.O. Box 259407, Plano, TX 75025-9407 |
| 4946296 | + | EDI: AISACG.COM | Apr 08 2025 23:45:00 | Capital One Auto Finance, a division of, Capital One, N.A. c/o, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 3180W | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 4864128 | + | EDI: AISACG.COM | Apr 08 2025 23:45:00 | Capital One Auto Finance, a division of Capital, One, N.A., AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 4881038 | + | EDI: AIS.COM | Apr 08 2025 23:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4859293 | + | EDI: COMCASTCBLCENT | Apr 08 2025 23:45:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 4859294 | | EDI: WFNNB.COM | Apr 08 2025 23:45:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 4859295 | | EDI: WFNNB.COM | Apr 08 2025 23:45:00 | Comenity Bank, HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 4897312 | | EDI: JEFFERSONCAP | Apr 08 2025 23:45:00 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 4882664 | | EDI: JEFFERSONCAP | Apr 08 2025 23:45:00 | Conn Appliances, Inc. d/b/a Conns HomePlus as, servicer-in-fact and attorney-in-fact fo, Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 4859296 | + | EDI: JEFFERSONCAP.COM | Apr 08 2025 23:45:00 | Conn's, P.O. Box 815867, Dallas, TX 75381-5867 |
| 4859297 | + | EDI: CCS.COM | Apr 08 2025 23:45:00 | Credit Collection Serv, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 4859298 | ^ | MEBN | Apr 08 2025 19:44:26 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 4859299 | + | EDI: BLUESTEM | Apr 08 2025 23:45:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4892512 | + | Email/Text: bankruptcy@towerloan.com | Apr 08 2025 19:48:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4859301 | + | Email/Text: FSBank@franklinservice.com | Apr 08 2025 19:48:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 4859304 | | Email/Text: Check.bksupport@pavilionpay.com | Apr 08 2025 19:48:00 | Global Payments, Po Box 59371, Chicago, IL 60659 |
| 4859302 | | Email/Text: bankruptcy@gi.md | Apr 08 2025 19:48:00 | Gastrointestinal Assoc, P.O. Box 22668, Jackson, MS 39225-2668 |
| 4859303 | + | EDI: CCS.COM | Apr 08 2025 23:45:00 | Geico, P.O. Box 55126, Boston, MA 02205-5126 |
| 4884469 | | EDI: JEFFERSONCAP.COM | Apr 08 2025 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4859306 | | EDI: JEFFERSONCAP.COM | Apr 08 2025 23:45:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 4886461 | + | Email/Text: pasi_bankruptcy@chs.net | Apr 08 2025 19:48:00 | Merit Health Natchez, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 4859310 | + | Email/Text: bankruptcy@ncaks.com | Apr 08 2025 19:48:00 | National Credit Adjust, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 4859311 | + | EDI: MAXMSAIDV | Apr 08 2025 23:45:00 | Naviet, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4889719 | | EDI: Q3G.COM | Apr 08 2025 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4859312 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 08 2025 19:48:00 | Quest Diagnostics, PO Box 740781, Cincinnati, OH 45274-0781 |
| 4859314 | + | Email/Text: Tracey@sra-inc.net | Apr 08 2025 19:48:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 4859318 | | Email/Text: bankruptcy@towerloan.com | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 3180W | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 4859317 | | Email/Text: bankruptcy@towerloan.com | Apr 08 2025 19:48:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4859319 | | Email/Text: CollectionsCompliance@firstdata.com | Apr 08 2025 19:48:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| | | | Apr 08 2025 19:48:00 | TRS Recovery Services, PO Box 60022, City of Indus, CA 91716-0022 |
| 4861342 | + | Email/Text: txulec09@vistraenergy.com | Apr 08 2025 19:48:00 | TXU ENERGY RETAIL COMPANY LLC, C/O BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS TX 75265-0393 |
| 4859315 | + | Email/Text: txulec09@vistraenergy.com | Apr 08 2025 19:48:00 | Texas Energy, 6555 Sierra Dr, Irving, TX 75039-2479 |
| 4859320 | | Email/Text: bk@veritasrental.com | Apr 08 2025 19:48:00 | Veritas Instrument Ren, 12475 44th St N, Clearwater, FL 33762 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 4888260 | *+ | Comcast***, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Felicia Renee Hamilton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Tracy A. Walley | on behalf of Trustee David Rawlings twalley99598@gmail.com  twalleylaw@gmail.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Felicia Renee Hamilton** | Social Security number or ITIN   xxx−xx−6902 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   20−00835−KMS | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Felicia Renee Hamilton**

Dated: 4/8/25        **By the court:**   /s/Katharine M. Samson
                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**